AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| FLI-LO FALCON, LLC, on behalf of itself and all others similarly situated, *Plaintiff(s)* <br><br> v. <br><br> AMAZON.COM, INC. and AMAZON LOGISTICS, INC., *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. ) ) ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Amazon.com, Inc.
300 Deschutes Way SW Ste 208 MC-CSC1
Tumwater, WA  98501


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Roger Townsend
Breskin Johnson Townsend, PLLC
1000 Second Ave, Stuie 3670
Seattle, WA  98104


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____                          _____
*Signature of Clerk or Deputy Clerk*