UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FLI-LO FALCON, LLC, *et al.*, <br><br>        Plaintiffs, <br><br>    v. <br><br> AMAZON.COM INC., *et al.*, <br><br>        Defendants. | Case No. C22-441-RSM-MLP <br><br> ORDER |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation;

(2)    Defendant's motion to compel arbitration (dkt. # 31) is GRANTED, and this action is DISMISSED without prejudice in favor of arbitration;

(3)    The Clerk is directed to send a copy of this Order to the parties.

//

//

//

ORDER - 1

DATED this 23rd day of September, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2