# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| FLI-LO FALCON, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM INC., *et al.*, <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NO. C22-441-RSM-MLP |

\_\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant's Motion to Compel Arbitration is granted. Plaintiffs' complaint, and this action, are dismissed without prejudice in favor of arbitration.

DATED this 23rd day of September, 2022.

Ravi Subramanian
Clerk of Court

*s/Serge Bodnarchuk*
Deputy Clerk
